# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

               Plaintiff,

      v.

                                         Civil Action No. 1:15-CV-00406-KK-WPL

AMAZON.COM, INC., et. al.,

               Defendants.

## STIPULATION CONCERNING TIME IN WHICH DEFENDANT AMAZON.COM, INC. MAY ANSWER OR OTHERWISE RESPOND TO COMPLAINT

       Pursuant to Local Rule 7.4(a), Plaintiff James Shive and Defendant Amazon.com, Inc. ("Amazon.com"), by and through their undersigned counsel, hereby provide notice to the Court that Plaintiff consents and stipulates to providing Amazon.com an extension of time until July 13, 2015 to answer or otherwise respond to the complaint in this matter. This notice is filed at the request of Amazon.com, and the parties agree to the noticed extension.

               Respectfully submitted,

               PEACOCK MYERS, P.C.

               By:  /s/ Jeffrey L. Squires_____
                     Jeffrey L. Squires
                     NM Bar No. 143015
                     201 Third St. NW, Suite 1340
                     Albuquerque, NM 87102
                     Office: (505) 998-6116
                     Fax: (505) 243-2542
                     Email: jsquires@peacocklaw.com
                     *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

               Plaintiff,

        v.

AMAZON.COM, INC.; <u>et</u>. <u>al</u>.,                      Civil Action No. 1:15-CV-00406-KK-WPL

               Defendants.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 25th day of June, 2015, I filed and served the foregoing STIPULATION CONCERNING TIME IN WHICH DEFENDANT AMAZON.COM, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT by electronically transmitting a true copy of said document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants. As Amazon.com, Inc. has yet entered their appearance in this matter, Plaintiff certified that he has sent a copy of this Stipulation to Amazon.com, Inc., by U.S. Mail, in care of Gregory Doll at Doll, Amir & Eley LLP, 1888 Century Park East, Suite 1850, Los Angeles, CA 90067.

<u>/s/ Jeffrey L. Squires</u>
Jeffrey L. Squires