IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

        Plaintiff,                Case No.  1:15-cv-00406 KK-WPL

    v.

AMAZON.COM, INC., et al.,

        Defendants.

## ENTRY OF APPEARANCE

COMES NOW Stefan M. Mentzer of White & Case LLP, and hereby enters his appearance on behalf of defendant Wal-Mart Stores, Inc.

Dated:   July 1, 2015                Respectfully submitted,

                                    By:   */s/  Stefan M. Mentzer*
                                          Stefan M. Mentzer
                                          WHITE & CASE LLP
                                          1155 Avenue of the Americas
                                          New York, NY  10036
                                          Tel:  212.819.8200
                                          Fax.  212.354.8113
                                          smentzer@whitecase.com

                                          *Attorneys for Defendant*
                                          *Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, the foregoing was filed electronically through the CM/ECF system providing notice to all counsel of record.

                                          */s/ Stefan M. Mentzer*

1