IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

      Plaintiff,

v.                                                                                                                CV 15-406 KK/WPL

AMAZON.COM INC.; eBAY INC.;
JOHN LAVECCHIA; J&C CLUBHOUSE, INC.;
SEARS HOLDING CORPORATION;
UNBEATABLE SALE.COM INC.; and
WAL-MART STORES, INC.,

      Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

Jeffrey L. Squires, on behalf of himself and his firm, Peacock Myers, P.C., filed a contested motion to withdraw from representation of Plaintiff James Shive on August 7, 2015. (Doc. 22.) Consistent with D.N.M. LR-Civ. 83.8(b), Squires included notice in the motion that objections must be served and filed within fourteen days from date of service of the motion and that failure to object within this time constitutes consent to grant the motion. (*Id.*) Squires attached a certificate of service indicating that Shive had been served the motion at his P.O. Box in Rio Rancho, New Mexico. (Doc. 22 Ex. 1.) To date, no response or objection to the motion has been filed.

By operation of D.N.M. LR-Civ. 83.8(b), Shive consents to the motion. Squires and Peacock Myers, P.C., are permitted to withdraw from representation of Shive.

Shive shall have twenty days to notify the Court and opposing counsel that he has employed another attorney or he will be deemed to be representing himself pro se. Shive's last

known address is P.O. Box 44065, Rio Rancho, NM 87174. The Clerk shall serve a copy of this

Order on Shive at the above address.

It is so ordered.

                                                                                     _____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.