IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

    Plaintiff,

v.                                             CV 15-406 KK/WPL

AMAZON.COM INC.; EBAY, INC.;
JOHN LAVECCHIA; J&C BASEBALL
CLUBHOUSE, INC.; SEARS HOLDING
CORPORATION; UNBEATABLE
SALE.COM INC.; and WAL-MART STORES, INC.;

    Defendants.

**ORDER DISMISSING DEFENDANTS J&C BASEBALL CLUBHOUSE, INC., JOHN LAVECCHIA, AND EBAY, INC., WITHOUT PREJUDICE**

On September 28, 2015, I entered an Order to Show Cause (Doc. 25), requiring Plaintiff to effect service or provide the Court with a written explanation why service has not been effected upon Defendants J&C Baseball Clubhouse, Inc., John LaVecchia, and eBay, Inc., no later than October 28, 2015, or these defendants would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff failed to effect service upon these defendants or provide the Court with a written explanation why service has not been effected. Accordingly, Defendants J&C Baseball Clubhouse, Inc., John LaVecchia, and eBay, Inc., are dismissed without prejudice.

IT IS SO ORDERED.

                                                    William P. Lynch
                                                  United States Magistrate Judge