IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

      Plaintiff,

v.                                                  CV 15-406 JB/WPL

AMAZON.COM INC.; EBAY, INC.;
JOHN LAVECCHIA; J&C BASEBALL
CLUBHOUSE, INC.; SEARS HOLDING
CORPORATION; UNBEATABLE
SALE.COM INC.; and WAL-MART STORES, INC.;

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The Plaintiff and Defendant Sears Holding Corporation have reached a negotiated resolution of this matter. IT IS THEREFORE ORDERED that:

1) Plaintiff must file closing documents no later than **February 16, 2016**; and

2) Sears Holding Corporation is excused from all settings in this case before United States Magistrate Judge William P. Lynch.

IT IS SO ORDERED.

                                                              _____
                                                              William P. Lynch
                                                              United States Magistrate Judge