IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SHIVE,

      Plaintiff,

v.                                                    CV 15-406 JB/WPL

AMAZON.COM INC.; EBAY, INC.;
JOHN LAVECCHIA; J&C BASEBALL
CLUBHOUSE, INC.; SEARS HOLDING
CORPORATION; UNBEATABLE
SALE.COM INC.; and WAL-MART STORES, INC.;

      Defendants.

**ORDER**

On May 19, 2016, the Court granted James Shive's motion to reinstate the case as to Defendant J&C Baseball Clubhouse, Inc. (Doc. 58.) The Court granted this motion based on Shive's showing that he had, in fact, effected service upon J&C before the deadline the Court imposed. (*Id.*) J&C has not entered an appearance or otherwise responded to the complaint. Shive has now filed a motion for default judgment against J&C. (Doc. 59.)

It is unclear whether J&C was ever served with the Order Granting Motion to Reinstate Defendant. Under the circumstances, Shive is ordered to serve a copy of the complaint, the order reinstating J&C (Doc. 58), and this Order on J&C no later than September 30, 2016. No later than October 3, 2016, Shive will file proof of service. J&C will then have the opportunity to respond to the lawsuit in accordance with the Federal Rules of Civil Procedure.

It is so ordered.

                                                              William P. Lynch
                                                              United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.